# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PHELPS DUNBAR, LLP; LINDAHL BECK, LLP; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-05232-JAK-AS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT LINDAHL BECK, LLP TO RESPOND TO INITIAL COMPLAINT** |

　　Upon consideration of the parties' Stipulation to Extend Time For Defendant Lindahl, Beck, LLP to Respond to the Initial Complaint by Plaintiff Certain Underwriters at Lloyd's, London up to and including September 6, 2017, and the Court having reviewed the Stipulation and being otherwise sufficiently advised, in the interest of allowing the parties to avoid needless expense and to conserve judicial resources and promote judicial efficiency, and good cause appearing,

///

///

1062134.1                                                                 Case No. 2:17-cv-05232-JAK-AS

1   IT IS HEREBY ORDERED THAT: Defendant Lindahl Beck, LLP shall
2 have until September 6, 2017 to respond to the initial Complaint.

4 DATED: August 7, 2017

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE