**EXHIBIT 2**

# PHELPS DUNBAR LLP

FINAL BILL

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

Beazley Group
Attn: Ryan Welch
30 Batterson Park Rd.
Farmington, CT 06032

April 12, 2016
Invoice Number: 983198

## REMITTANCE ADVICE

Description Of Matter: **REDACTED**

**Our File Number:** 10075-0940

Total For Invoice Dated April 12, 2016:

| | | |
|---|---|---|
| Total Fees | $ | 4,126.00 |
| Total Disbursements | | 33.02 |
| **Total Of Invoice** | $ | **4,159.02** |

Please enclose this Remittance Advice with your payment.

If payment is made by wire transfer, please remit payment to: **REDACTED**
New Orleans, Louisiana
ABA Number: REDACTED
Account Number: REDACTED
International SWIFT Code: REDACTED

INVOICE DUE UPON RECEIPT

# PHELPS DUNBAR
L.L.P.

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

Beazley Group
Attn: Ryan Welch
30 Batterson Park Rd.
Farmington, CT 06032

April 12, 2016
Invoice Number: 983198

FINAL

For Professional Services Rendered Through April 8, 2016

Client Reference Number:

Description Of Matter: **REDACTED**

Our File Number: 10075-0940

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/05/16 | HBM | 01040 | REDACTED | 1.60 | 344.00 |
| 02/05/16 | HBM | 01040 | | 0.30 | 64.50 |
| 02/05/16 | LEC | 01410 | | 0.20 | 26.00 |
| 02/05/16 | LEC | 01410 | | 0.40 | 52.00 |
| 02/05/16 | SKP | 01040 | | 0.50 | 90.00 |
| 02/05/16 | SKP | 01051 | | 0.20 | 36.00 |
| 02/05/16 | SKP | 01051 | | 0.20 | 36.00 |
| 02/06/16 | MMR | 01010 | | 0.50 | 160.00 |
| 02/08/16 | HBM | 01040 | | 0.30 | 64.50 |

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/08/16 | HBM | 01040 | REDACTED | 0.30 | 64.50 |
| 02/08/16 | SKP | 01021 | | 2.00 | 360.00 |
| 02/08/16 | SKP | 01051 | | 0.20 | 36.00 |
| 02/08/16 | SKP | 01051 | | 0.70 | 126.00 |
| 02/08/16 | SKP | 01051 | | 0.40 | 72.00 |
| 02/11/16 | HBM | 01451 | | 0.30 | 64.50 |
| 02/11/16 | MMR | 01430 | | 0.30 | 96.00 |
| 02/11/16 | MMR | 01140 | | 0.30 | 96.00 |
| 02/11/16 | PGM | 01140 | | 1.50 | 412.50 |
| 02/11/16 | SKP | 01051 | | 0.30 | 54.00 |
| 02/12/16 | MMR | 01140 | | 0.20 | 64.00 |
| 02/12/16 | SKP | 01051 | | 0.20 | 36.00 |
| 02/12/16 | SKP | 01051 | | 0.70 | 126.00 |
| 02/15/16 | CFC | 01140 | | 1.10 | 209.00 |
| 02/22/16 | CFC | 01150 | | 0.20 | 38.00 |
| 02/22/16 | CFC | 01430 | | 1.30 | 247.00 |
| 02/22/16 | SKP | 01050 | | 0.20 | 36.00 |
| 02/23/16 | CFC | 01140 | | 0.60 | 114.00 |
| 03/02/16 | CFC | 01130 | | 0.40 | 76.00 |
| 03/02/16 | CFC | 01430 | | 1.20 | 228.00 |

| Date | TK | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/03/16 | SKP | 01050 | REDACTED | 0.30 | 54.00 |
| 03/03/16 | SKP | 01053 | | 0.10 | 18.00 |
| 03/03/16 | SKP | 01053 | | 0.30 | 54.00 |
| 03/03/16 | SKP | 01050 | | 0.20 | 36.00 |
| 03/18/16 | SKP | 01430 | | 2.00 | 360.00 |
| 03/21/16 | SKP | 01051 | | 0.20 | 36.00 |
| 03/23/16 | SKP | 01053 | | 0.20 | 36.00 |
| 04/04/16 | HBM | 01451 | | 0.30 | 64.50 |
| 04/08/16 | LEC | 01410 | | 0.30 | 39.00 |

TOTAL FEES $ 4,126.00

## Summary By Timekeeper

| Timekeeper | Title | Hours | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| M. Redmon | Partner | 1.30 | 320.00 | 416.00 |
| P. Michiels | Counsel | 1.50 | 275.00 | 412.50 |
| C. Crosby | Associate | 4.80 | 190.00 | 912.00 |
| H. McFadden, Jr. | Claims Analyst | 3.10 | 215.00 | 666.50 |
| Stephanie Petras | Claims Analyst | 8.90 | 180.00 | 1,602.00 |
| L. Chrisman | Claims Coordinator | 0.90 | 130.00 | 117.00 |
| | | 20.50 | | $ 4,126.00 |

**Disbursements Through April 8, 2016**

| | | |
|---|---|---|
| E101 | Copying | 10.90 |
| E108 | Postage | 6.74 |
| E105 | Telephone | 15.38 |

TOTAL DISBURSEMENTS $ 33.02

TOTAL FEES AND DISBURSEMENTS $ 4,159.02

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past due invoices listed above, please include the Remittance Advice for each of those invoices.