Heather L. Rosing, Bar No. 183986
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California  90017
(213) 406-1100/FAX (213) 406-1101
hrosing@klinedinstlaw.com

Alisa S. Edelson, Bar No. 216269
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California  90017
(213) 406-1100/FAX (213) 406-1101
aedelson@klinedinstlaw.com

Attorneys for Defendant
LINDAHL BECK, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff,<br><br>v.<br><br>PHELPS DUNBAR, LLP; LINDAHL BECK, LLP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   2:17-cv-05232-JAK AS<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT LINDAHL BECK, LLP TO TRANSFER VENUE PURSUANT TO 28 USC SECTION 1404(a)**<br><br>**Date: December 4, 2017**<br>**Time:  8:30 a.m.**<br>**Courtroom:  10B**<br><br>Courtroom:         10B<br>Judge:               Hon. John Kronstadt<br>Magistrate Judge: Hon. Alka Sagar<br>Complaint Filed:  7/14/17<br>Trial Date:           None set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 4, 2017, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 10B of the above-captioned court, located at First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, defendant Lindahl Beck LLP ("Defendant Lindahl Beck") will and hereby does move this Court for a transfer of venue of this action from

1  United States District Court Central District of California to the appropriate venue
2  and courthouse in the United States District Court Southern District of California.
3  The motion is made pursuant to 28 USC Section 1404(a) because the convenience
4  of the witnesses and the interests of justice would be better served in the Southern
5  District, and this action could have been brought in this venue.

　　The motion will be based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of George Lindahl, the Declaration of Alisa S. Edelson, the Request for Judicial Notice, and the files and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

　　This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 14 and 18, 2017.

　　　　　　　　　　　　　　　　　KLINEDINST PC

DATED: September 25, 2017    By:  /s/ Alisa S. Edelson
　　　　　　　　　　　　　　　　Heather L. Rosing
　　　　　　　　　　　　　　　　Alisa S. Edelson
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　LINDAHL BECK, LLP

17076988v1